IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>FRANCISCO ANTONIO CASTILLO-MOTA, a/k/a "Pablo Raúl Lugo-Larroig," a/k/a "Víctor Martínez-Mota"<br><br>Defendant | CRIMINAL 13-0619CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 13, 2013 (**docket entry 22**) on a Rule 11 proceeding of defendant Francisco Antonio Castillo-Mota before U.S. Magistrate Judge Marcos E. López on September 13, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 13, 2013.  The **sentencing hearing is set for December 12, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge